UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARLENE M. BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, EMPLOYEE BENEFITS PLANS COMMITTEE,<br><br>        Defendants. | NO. C17-1354 RSM<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER** |

## **STIPULATION**

The parties hereby file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend the deadline for Defendants to respond to Plaintiff's Complaint, which was filed in this Court on September 8, 2017. (Dkt. #1). Absent an Order extending the deadline to respond to Plaintiff's Complaint, Defendants' responses would be due on October 2, 2017. Plaintiff's Complaint is 18 pages long and contains a variety of factual and legal allegations spanning many years and referencing multiple pension plans and other documents. Defendants would greatly benefit from a modest extension of the response deadline to allow them to thoroughly investigate Plaintiff's allegations. Plaintiff has graciously agreed with Defendants' request to extend the response deadline to October 31. The parties, therefore, join in asking the Court to extend the deadline for Defendants to file and serve responses to Tuesday, October 31, 2017.

STIP. MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT - (17-CV-01354 RSM) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

227387\00060\51171244.v1

| | |
|---|---|
|1| IT IS SO STIPULATED.|
|2| |
|3| DATED this 28th day of September, 2017.|
|4| |
|5| FOX ROTHSCHILD LLP|

*s/ Arlene M. Brown (with permission*)
Arlene M. Brown, Pro Se
239 SW 189th Pl
Normandy Park, WA 98166
Phone: 206-431-8693
Email: pensionrights707@gmail.com

*Plaintiff*

*s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA #31301
Robert M. Howie, WSBA #23092
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone:    206.624.3600
Facsimile:    206.389.1708
Email: lshapero@foxrothschild.com

Emily Glunz, *pending pro hac vice*
Deborah Davidson, *pending pro hac vice*
Morgan Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Telephone:    312-324-1000
Facsimile:    312-324-1001
Email: Emily.glunz@morganlewis.com
Deborah.davidson@morganlewis.com

*Attorneys for Defendants*
STIP. MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT - (17-CV-01354 RSM) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

227387\00060\51171244.v1

# ORDER

Pursuant to the parties stipulation the due date for Defendants to file responses in this case is extended to October 31, 2017.

DATED this 29th day of September 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

FOX ROTHSCHILD LLP


By */s/ Laurence A. Shapero*
    Laurence A. Shapero, WSBA #31301
    Robert M. Howie, WSBA #23092
    *Attorneys for Defendants*


By */s/ Arlene M. Brown (with permission)*
    Arlene M. Brown, Pro Se
    *Plaintiff*

STIP. MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT - (17-CV-01354 RSM) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

227387\00060\51171244.v1