UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARLENE M. BROWN,<br><br>         Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, EMPLOYEE BENEFITS PLANS COMMITTEE,<br><br>         Defendant. | NO. 17-cv-01354 RSM<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR RULE 26(F) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT**<br><br>**AND ORDER** |

## **STIPULATION**

The parties hereby file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to request that the Court allow for an extension of the deadlines for the parties' FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report (collectively, the parties' "Initial Scheduling Dates"). Absent an Order extending these deadlines, the parties' Initial Scheduling Dates are as follows, pursuant to the Court's September 27, 2017 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #3): October 25, 2017 deadline for FRCP 26(f) Conference; November 1, 2017 deadline for FRCP 26(a)(1) Initial Disclosures; and November 8, 2017 deadline for Joint Status Report and Discovery Plan as required by FRCP 26(f) and LCR 26(f). (Id. at p. 1.)

STIPULATED MOTION FOR EXTENSION OF TIME AND
ORDER - (17-CV-01354 RSM) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

On September 28, 2017, the parties filed a stipulation to extend Defendants' deadline for their responses to Plaintiff's Complaint to Tuesday, October 31, 2017, given the length and complexity of the Complaint's factual allegations. (Dkt. # 4.) The Court granted the stipulation on September 29, 2017. (Dkt. # 5.)

On Tuesday, October 17, 2017 the parties conferred regarding the upcoming Initial Scheduling Dates. Considering the factual issues presented by this suit, the one month extension for responses to Plaintiff's Complaint until October 31, 2017, and the parties' respective schedules (including holiday travel) in November, the parties jointly determined that they would all benefit from additional time for Plaintiff to consider Defendants' responses to Plaintiff's Complaint prior to engaging in the FRCP 26(f) Conference. Further, an extension of time of the Initial Scheduling Dates would permit the parties to engage in more fruitful discussions regarding the Joint Status Report. Accordingly, the parties jointly ask the Court to allow for an extension of the Initial Scheduling Dates as follows:

- November 30, 2017: Deadline for FRCP 26(f) Conference
- December 8, 2017: Initial Disclosures Pursuant to FRCP 26(a)
- December 19, 2017: Combined Joint Status Report as Required by FRCP 26(f) and LCR 26(f).

IT IS SO STIPULATED.

//
//
//
//
//
//
//
//

STIPULATED MOTION FOR EXTENSION OF TIME AND
ORDER - (17-CV-01354 RSM) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

DATED this 23rd day of October, 2017.

FOX ROTHSCHILD LLP

s/ *Arlene M. Brown (with permission)*  |  s/ *Robert M. Howie*
Arlene M. Brown, *Pro Se*
239 SW 189th Pl.
Normandy Park, WA 98166
Phone: 206-431-8693
Email: pensionrights707@gmail.com

*Plaintiff*

Laurence A. Shapero, WSBA #31301
Robert M. Howie, WSBA #23092
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone:   206.624.3600
Facsimile:   206.389.1708
Email: lshapero@foxrothschild.com
         rhowie@foxrothschild.com

Emily Glunz, *pro hac vice*
Deborah Davidson, *pro hac vice*
Morgan Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Telephone:   312-324-1000
Facsimile:   312-324-1001
Email: Emily.glunz@morganlewis.com
         Deborah.davidson@morganlewis.com

*Attorneys for Defendant*

# ORDER

The stipulation of the parties is hereby entered. The revised Initial Discovery Deadlines are as follows:

- November 30, 2017: Deadline for FRCP 26(f) Conference
- December 8, 2017: Initial Disclosures Pursuant to FRCP 26(a)
- December 19, 2017: Combined Joint Status Report as Required by FRCP 26(f) and LCR 26(f).

DATED this 25th day of October 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

FOX ROTHSCHILD LLP

By: *s/ Robert M. Howie*
    Laurence A. Shapero, WSBA #31301
    Robert M. Howie, WSBA #23092

    Deborah S. Davidson (*pro hac vice*)
    Emily A. Glunz (*pro hac vice*)
    *Attorneys for Defendants*


By: *s/ Arlene M. Brown*
    Arlene M. Brown, *Pro Se*
    *Plaintiff*

STIPULATED MOTION FOR EXTENSION OF TIME AND
ORDER - (17-CV-01354 RSM) - 4

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600