UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARLENE M. BROWN,

    Plaintiff,

v.

THE BOEING COMPANY, EMPLOYEE BENEFIT PLANS COMMITTEE,

    Defendants.

Case No. 2:17-cv-01354-RSM

**STIPULATED MOTION REGARDING AMENDED COMPLAINT AND EXTENSION OF DEADLINES AND ORDER**

## **STIPULATION**

The parties hereby file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to request that the Court set new deadlines for (1) Plaintiff to amend the complaint, (2) the Defendants to respond, and (3) the parties' FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report (collectively, the parties' "Initial Scheduling Dates").

Plaintiff filed her complaint, *pro se*, on September 8, 2017, asserting multiple claims under the Employee Retirement Income Security Act ("ERISA"). (Dkt. #1.) On September 28, 2017, the parties filed a stipulated motion to extend Defendants' deadline for responding to Plaintiff's complaint from October 2, 2017 until October 31, 2017. (Dkt. # 4.) The Court granted the stipulated motion on September 29, 2017. (Dkt. # 5.)

Pursuant to the Court's September 27, 2017 Order (Dkt. #3), the current Initial Scheduling Dates are as follows: October 25, 2017 deadline for FRCP 26(f) Conference;

STIP. MOT. RE: AMENDED COMPLAINT
AND EXTENSION OF DEADLINES AND ORDER
2:17-CV-01354-RSM      1

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
77 West Wacker Drive
Chicago, IL 60601-5094

November 1, 2017 deadline for FRCP 26(a)(1) Initial Disclosures; and November 8, 2017 deadline for Joint Status Report and Discovery Plan as required by FRCP 26(f) and LCR 26(f). (*Id.* at p. 1.)

On October 23, 2017, the parties filed a stipulated motion to extend the Initial Scheduling Dates. (Dkt. # 10.) The Court granted the motion on October 25, 2017. (Dkt. # 11.) At the time of the filing, Defendants' counsel did not realize that Plaintiff definitively intended to amend the complaint.

After the stipulated motion to extend the Initial Scheduling Dates was filed, Defendants' counsel spoke by telephone with Plaintiff. During the conference, Plaintiff explained that she intends to amend the complaint to make corrections, to assert additional ERISA claims, and to attach various exhibits, including documents from the administrative record that were recently provided to Plaintiff.

Because Plaintiff intends to file an amended complaint, the parties have agreed that it would be inefficient and a waste of time and resources for Defendants to file a responsive pleading to the current complaint. Accordingly, the parties jointly ask the Court to extend the current deadlines in this action as follows:

- November 15, 2017: Deadline for Amended Complaint
- December 21, 2017: Deadline for Response to Amended Complaint
- January 17, 2018: Deadline for FRCP 26(f) Conference
- January 24, 2018: Initial Disclosures Pursuant to FRCP 26(a)
- January 31, 2018: Combined Joint Status Report as Required by FRCP 26(f) and LCR 26(f).

IT IS SO STIPULATED.

DATED this 26 day of October, 2017.

STIP. MOT. RE: AMENDED COMPLAINT
AND EXTENSION OF DEADLINES AND ORDER
2:17-CV-01354-RSM                    2

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
77 West Wacker Drive
Chicago, IL  60601-5094

| | | |
|---|---|---|
| 1 | By: _s/ Arlene M. Brown_ | By: _s/ Robert M .Howie_ |
| 2 | Arlene M. Brown, Pro Se | FOX ROTHSCHILD LLP |
| 3 | 239 SW 189th Pl.<br>Normandy Park, WAS 98166 | Laurence A. Shapiro, WSBA #31301<br>Robert M. Howie, WSBA #23092 |
| 4 | Phone: 206-431-8693<br>Email: pensionrights707@gmail.com | 1001 Fourth Avenue, #4500<br>Seattle, WA 98154 |
| 5 | _Plaintiff_ | Tel: 206.624.3600<br>Fax: 206.389.1708 |
| 6 | | rhowie@foxrothschild.com |
| 7 | | By: _s/ Emily A. Glunz_ |

MORGAN, LEWIS & BOCKIUS LLP
Deborah S. Davidson (*pro hac vice*)
Emily A. Glunz (*pro hac vice*)
77 West Wacker Drive
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001
deborah.davidson@morganlewis.com
emily.glunz@morganlewis.com

*Attorneys for Defendants The Boeing Company and the Employee Benefit Plans Committee*

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
Chicago

STIP. MOT. RE: AMENDED COMPLAINT
AND EXTENSION OF DEADLINES AND ORDER
2:17-CV-01354-RSM  3

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
77 West Wacker Drive
Chicago, IL 60601-5094

# **ORDER**

The stipulation of the parties is hereby entered. The revised deadlines are as follows:

- November 15, 2017: Deadline for Amended Complaint
- December 21, 2017: Deadline for Response to Amended Complaint
- January 17, 2018: Deadline for FRCP 26(f) Conference
- January 24, 2018: Initial Disclosures Pursuant to FRCP 26(a)
- January 31, 2018: Combined Joint Status Report as Required by FRCP 26(f) and LCR 26(f).

IT IS SO ORDERED this 27th day of October 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/ Robert M. Howie*
Laurence A. Shapiro, WSBA #31301
Robert M. Howie, WSBA #23092

By */s/ Emily A. Glunz*
Deborah S. Davidson (*pro hac vice*)
Emily A. Glunz (*pro hac vice*)
*Attorneys for Defendants*

By: *s/ Arlene M. Brown*
Arlene M. Brown, *Pro Se*
*Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
Chicago

STIP. MOT. RE: AMENDED COMPLAINT
AND EXTENSION OF DEADLINES AND ORDER
2:17-CV-01354-RSM

4

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
77 West Wacker Drive
Chicago, IL 60601-5094