UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARLENE M. BROWN,

    Plaintiff,

  v.

THE BOEING COMPANY, EMPLOYEE BENEFIT PLANS COMMITTEE,

    Defendants.

Case No. C17-1354 RSM

ORDER

## **ORDER**

The Court hereby grants the Parties' stipulated motion seeking an extension of the current trial calendar. The revised deadlines in connection with the bench trial in this matter are as follows:

- February 18, 2019: Deadline to file motions in limine
- March 6, 2019: Deadline to file agreed pretrial order
- March 13, 2019: Deadline to submit trial briefs, proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits
- March 18, 2019: Bench trial date.

Morgan, Lewis & Bockius LLP
Attorneys at Law
77 W. Wacker Dr., 5th Floor
Chicago, IL 60601
+1.312.324.1000

| | |
|---|---|
| 1 | |
| 2 | IT IS SO ORDERED this 1st day of November 2018. |
| 3 | |
| 4 | RICARDO S. MARTINEZ |
| 5 | CHIEF UNITED STATES DISTRICT JUDGE |

Presented by:

  MORGAN, LEWIS & BOCKIUS LLP

By: s/ Deborah S. Davidson

MORGAN, LEWIS & BOCKIUS LLP
Deborah S. Davidson (*pro hac vice*)
Emily A. Glunz (*pro hac vice*)
Hillary E. August (*pro hac vice*)

By: s/ Laurence A. Shapero

OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
Laurence A. Shapero, WSBA #31301
*Attorneys for Defendants*

By:  s/ Arlene M. Brown
Arlene M. Brown, *Pro Se*
*Plaintiff*

PROPOSED ORDER
2:17-CV-01354-RSM

2

Morgan, Lewis & Bockius LLP
Attorneys at Law
77 W. Wacker Dr., 5th Floor
Chicago, IL 60601
+1.312.324.1000