UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARLENE M. BROWN, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY and EMPLOYEE BENEFIT PLANS COMMITTEE, <br><br> Defendants. | CASE NO. C17-1354RSM <br><br> ORDER REFERRING MATTER FOR IDENTIFICATION OF PRO BONO COUNSEL |

On January 15, 2019, the Court heard oral argument on Defendants' Motion for Summary Judgment (Dkt. #37). Following oral argument, the Court determined that this matter should be referred for the possible identification of pro bono counsel. Accordingly, this matter is REFERRED to the Court's Pro Bono Coordinator to identify an attorney from the Pro Bono Panel to represent Plaintiff.

DATED this 15 day of January, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1