UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARLENE M. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY and EMPLOYEE BENEFIT PLANS COMMITTEE,<br><br>    Defendants. | NO. C17-1354-RSM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE** |

This matter came before the Court on Plaintiff's Unopposed Motion to Extend Deadline, and having been fully advised of these matters, now, therefore:

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Extend Deadline GRANTED. Plaintiff may move to reopen discovery no later than March 14, 2019.

DATED this 20th day of February, 2019.

                                        RICARDO S. MARTINEZ
                                      CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND
DEADLINE - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992