The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARLENE M. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, EMPLOYEE BENEFIT PLANS COMMITTEE,<br><br>    Defendants. | Case No. 2:17-cv-01354-RSM<br><br>ORDER OF DISMISSAL |

**ORDER**

Based on the Stipulation of Dismissal with Prejudice by the Parties,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice. Each Party is to bear its own fees and costs.

DATED this 4th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE
2:17-cv-01354-RSM  1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

PRESENTED BY:

By: _s/Kaleigh N. Powell_____

Chase C. Alvord, WSBA # 26080
Kaleigh N. Powell, WSBA # 52684

*Attorneys for Plaintiff*

By: __s/Deborah S. Davidson_____

MORGAN, LEWIS & BOCKIUS LLP
Deborah S. Davidson (*pro hac vice*)
Hillary E. August (*pro hac vice*)

By: __s/Laurence A. Shapero_____

OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.
Laurence A. Shapero, WSBA #31301

*Attorneys for Defendants*

ORDER OF DISMISSAL WITH PREJUDICE
2:17-CV-01354-RSM

2